**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-6412**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

MARION SHAWN ANDERSON,

                Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge.  (1:98-cr-00262-WMN-5)

Submitted:  August 9, 2017                     Decided:  August 18, 2017

Before GREGORY, Chief Judge, and TRAXLER and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Marion Shawn Anderson, Appellant Pro Se.  Philip S. Jackson, Assistant United States Attorney, Stephen Schenning, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Shawn Anderson has filed a duplicative notice of appeal from his September 29, 2000 criminal judgment. We previously dismissed Anderson's first notice of appeal under 4th Cir. R. 45. *See United States v. Anderson*, No. 00-4734 (4th Cir. Nov. 30, 2000) (unpublished order). Anderson's second notice of appeal was dismissed as untimely. *United States v. Anderson,* 22 F. App'x 309 (4th Cir. 2001) (No. 01-4518). Because this is Anderson's third notice of appeal from the same criminal judgment, we dismiss the appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*